## JOSEPH RUTHERFORD, Appellant, *v.* ALEXANDER GRAHAM, Respondent.

*Doweress — sale of interest of — what constitutes — lease.*

A widow, being in possession of certain lands which had been admeasured to her for her dower, executed an instrument under seal, whereby she "leased and to farm let," the same to the defendant, from April 1, 1868, to April 1, 1874, for which he agreed to pay her $500 at the date of the said agreement, and in case she was living at the expiration of that time, the lease was extended for the term of her natural life, for which defendant agreed to pay her $400 within ten days after April 1, 1874, with interest from April 1, 1868, until it should be paid. *Held*, that this was a sale of the estate of the doweress, and not a lease thereof, and that it was not in violation of the fourteenth section of the first article of the Constitution. *Parsell* v. *Stryker* (41 N. Y., 480) followed.

The right to dower comes by law, and the heir may assign the same to the widow voluntarily. The admeasurement fixes only the location and extent.

APPEAL from a judgment in favor of the defendant, entered upon a verdict directed by the court.

*Edward C. James*, for the appellant.

*Magone & Holbrook*, for the respondent.

Opinions by LEARNED, P. J., and JAMES, J.

JAMES, J., dissented.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment affirmed, with costs.